| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| DAVID HILL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| *versus* | § | CIVIL ACTION NO. 1:23-CV-230 |
| | § | |
| FNU YOUNG, *et al.*, | § | |
| | § | |
| Defendants. | § | |

## MEMORANDUM ORDER ADOPTING THE
## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff, Daivd Hill, a former pretrial detainee at the Orange County Jail, proceeding *pro se* and *in forma pauperis*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants FNU Young, FNU Cargill and FNU Rashall. The court referred this matter to the Honorable Christine Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court. On January 24, 2024, the magistrate judge entered a Report and Recommendation in which she recommended dismissing this case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) (#15). To date, Plaintiff has not filed objections to the report.[1]

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available evidence. After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

---

[1] A copy of the Report and Recommendation was returned as undeliverable with the notation "RTS released or no longer at facility" (#16).

Accordingly, the Report and Recommendation of the United States Magistrate judge (#15) is **ADOPTED**.  This case is **DISMISSED** for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

**Signed this date**
**Feb 22, 2024**

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE