| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

DAVID HILL, §
§
      Plaintiff, §
§
versus § CIVIL ACTION NO. 1:23-CV-230
§
FNU YOUNG, *et al.*, §
§
      Defendants. §

**AMENDED MEMORANDUM ORDER PARTIALLY ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

Plaintiff, David Hill, a former pretrial detainee at the Orange County Jail, proceeding *pro se* and *in forma pauperis,* filed this civil rights action pursuant to 42 U.S.C. § 1983 against Defendants FNU Young, FNU Cargill and FNU Rashall.  The court referred this matter to the Honorable Christine Stetson, United States Magistrate Judge, for consideration pursuant to the applicable laws and orders of this court.  On January 24, 2024, the magistrate judge entered a Report and Recommendation in which she recommended dismissing this case for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b) (#15).  To date, Plaintiff has not filed objections to the report.  In fact, a copy of the Report and Recommendation was returned as undeliverable with the notation "RTS released or no longer at facility." (#16).  Plaintiff has not only failed to serve Defendant FNU Young as ordered, but has also failed to keep the court apprised of his current address and has prevented the court from communicating with him with respect to this civil rights complaint.  FED. R. CIV. P. 41(b).

The court received and considered the Report and Recommendation of the United States Magistrate Judge pursuant to such referral, along with the record, pleadings and all available

evidence.  After careful review, the court finds that the findings of fact and conclusions of law of the United States Magistrate Judge are correct.

Accordingly, the Report and Recommendation of the United States Magistrate judge (#15) is **PARTIALLY ADOPTED** to the extent it recommends dismissal.  Plaintiff's claims against all Defendants are **DISMISSED** for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

SIGNED at Beaumont, Texas, this 27th day of February, 2024.

MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE